UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TAMMY CAMPBELL,

    Plaintiff,

v.                                            Civil Action No. 3:12-cv-623

CAROLYN W. COLVIN,
*Acting Commissioner of the Social Security,*

    Defendant.

## **FINAL ORDER**

This matter comes before the Court on the plaintiff Tammy Campbell's Objections (Dk. No. 11) to the Magistrate Judge's Report and Recommendations. (Dk. No. 10.) Having reviewed the Magistrate Judge's Report and Recommendations, the defendant's response to the plaintiff's objections (Dk. No. 12), and the record, and finding no error therein, it is hereby ordered that:

(1) The plaintiff's Objections to the Report and Recommendation of the Magistrate Judge (Dk. No. 11) are OVERRULED;

(2) The Report and Recommendation of the Magistrate Judge (Dk. No. 10) is ADOPTED on the basis of the reasoning of the Report and Recommendation;

(3) The plaintiff's Motion for Summary Judgment (Dk. No. 7) is DENIED;

(4) The Commissioner's Motion for Summary Judgment (Dk. No. 9) is GRANTED; and

(5) The Commissioner's decision denying benefits to Campbell is AFFIRMED.

It is further ORDERED that the issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/ 
John A. Gibney, Jr.
United States District Judge

Date: October 2, 2013
Richmond, VA